John F Vitale
Philomena Vitale
2512 SW 25th St.
Cape Coral Fl. 33914
Tel # 239-540-4142   Policy # 000601029 14

Thompson V. Transamerica
Case No 2:18 cV-05422 CAS
(GJSX)

FILED
CLERK, U.S. DISTRICT COURT

July 20, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY:   CMJ   DEPUTY

We object to the terms of the proposed Settlement, we have paid premeums on this policy for 15 years, the amount we paid in premeums exceed $38,000.00, plus the original investment on the first policy was $25,000.00 They issued the policy from Transamerica on Sid Marcus to John F Vitale & P Philomena Vitale as a replacement policy taken out on Oct 22, 1998. They had to replace a incontestable Senior policy face value $50,000.00 on the life of Sid Marcus, as per Contract agreement of investment of $25,000.00 which was paid to Empire State Financial Group, Empire had to pay all premeums on this policy 000601029 14. This policy for the life of Sid Marcus stated his name, address, date of Birth, Social Security # There was no Health Record on Sid Marcus on the Policy. We contacted Transamerica many times to send us Health Records on Sid Marcus. We insisted that Transamerica issue a replacement Policy 00060102914 showing John F Vitale & Philomena Vitale as owners of the Policy and also to show Health Records on the insured. Transamerica issued a replacement Policy 00060102914 on 6-18-03 showing John F Vitale & Philomena Vitale as the owners of said Policy on Sid Marcus, The Health report that is on Sid Marcus on the report on the Policy dated 6/18/2003 is not the health Report sent in on the insured by Dr Tanya Zangagle M.D. Sent in on Oct 26, 1998.

P. 1

The information on the Health Report on Sid Marcus
was sent in to Transamerica by Dr Tanya Zangaglia
but was not put on the insurance policy #00060102914
dated Oct 22, 1998. I am sending a copy of the report.
The agent who is employed by Transamerica who
signed the Policy 00060102914 dated 6-18-2003 his name
is Samuel Katz F of Licence 757338. The report of Sid Marcus
health that was sent in by Dr Tanya Zangaglia did
not appear on The policy dated 6-18-2003.
Transamerica never answerd our request of why The
report on Sid Marcus Health that was sent in by
Dr Tanya Zangaglia was not put on the policy.
On Oct 22, 2017 we where Billed & Paid $800.00 Premium paid
On Oct 24 2017 we where Billed & Paid $68.00 to restore au 12/10/17
Transamerica informed us They did not rieceve a chek of $68.00
which was sent to them in the envelope provided to
us with our return address on it I also made a copy of the
payment sent on 12/10/2017 chek #1452 amount $6860. We
did not get the chek returned to us. We then sent
in a replacement chek of $68.00 which we sent register
mail in Dec. 2017 Transamerica depos ated the chek #1457
amount $68.00. After they deposited the $68.00 chek They
then required a report to filled out by the insured Sid Marcus
and his Physician Dr ajal S. Mann Genesis Medical center
coral Springs Fl. The answer we got from Transamerica
after many month's later dated June 7, 2018 on policy 00060102 9.
We Transamerica has determend that we dont meet
insurability requirements for This particular Policy

over                                    P2



University Hospital
Manhattan Campus for
the Albert Einstein College
of Medicine



Alfred and Gail Engelberg
Department of Family Medicine
16 East 16th Street
New York, NY 10003
Tel: 212 206 5252
Fax: 212 206 5251

Tanya Zangaglia, MD
528 Clinton Avenue
Brooklyn, NY 11238

October 26, 1998

Report Prepared On: Sid Marcus
Report Prepared For: Empire State Viaticals, LLC
Report Prepared By: Tanya Zangaglia, MD

To prepare this report on Sid Marcus I have reviewed medical records from 10/84 to 5/98 and laboratory values from 5/87 to 8/98.

Mr. Marcus is a 75 year old male who has been diagnosed with a number of medical problems. These diagnoses' include Peptic Ulcer Disease (PUD), Diverticulusis, Upper Gastrointestinal Bleeding (UGI), Benign Prostatic Hypertrophy. Degenerative Joint Disease, Carpal Tunnel Syndrome, and Basal Cell Carcinoma diagnosed in 1984. His medications include Tagamet and Cardura for his PUD and BPH, respectively.

Additionally, Mr. Marcus has elevated cholesterol and triglyceride levels, carries a diagnosis of atypical chest pain from 7/88, and a borderline abnormal EKG.

Based on a number of overlapping gastrointestinal issues, borderline cardiac abnormalities and advancing age this patient's long term prognosis is shortened.

Prognosis from the date of this report: 3-5 years

Continuum Health Partners, Inc.





St. Luke's
Roosevelt

⊕ Printed on Recycled Paper

SCOTT E. HEFFINGTON

ATTORNEY AT LAW

_____

1314 CAPE CORAL PARKWAY
SUITE 313
CAPE CORAL, FLORIDA 33904

TELEPHONE (239) 542-9311
FACSIMILE  (239) 542-4838

EMAIL  hefflaw@earthlink.net

August 28, 2003

Mr. and Mrs. Vitale
2512 SW 25ᵗʰ Street
Cape Coral, FL 33914

Re: Empire State Financial

Dear Mr. and Mrs. Vitale:

I enjoyed meeting with you yesterday to discuss the problems you are having with Empire State Financial formerly known as Empire State Viatical, LLC (hereinafter called "Empire"). Unfortunately, as I stated during our meeting, I am unable to represent you at this time.

After you left my office, I performed some internet research on Empire. I was unable to find much information on them; however, what I did discover was interesting. It appears that the founders of Empire State Financial Group-Michael Falkowitz (aka "Mike Jacobs"), Steven Falkowitz, Steven Dryfus, and Benjamino Baiocco- are being tried in Federal Court in New York for mail and wire fraud. (See enclosed article). This story is the only story I can find on the case. After having read the article, I called the clerk's office at the federal district courthouse in Manhattan and was told that the case is still pending, but that it appeared that one defendant may have pleaded guilty and will be sentenced in October. I do not know what that means for you personally, but it means that these men are at least being tried for taking advantage of nice people like yourselves.

During our meeting, I know that you stated that you are going to continue to pursue Empire on your own. At that time, I stated that I would try to find some numbers and additional information that might assist you in your pursuit. The State of Pennsylvania has gone after Empire. Also, there is a group on the Internet, called "www.viatical-expert.net" and they seem to have lots of information about the viatical companies. It appears that they sell reports about these companies for a fee. It looks like the one on Empire is $14.95. I know nothing about these people except they appear to be the group with all the information about the companies and the respective problems of each company. I do not know about the quality or accuracy of their information, or how often they update it. Since they offer very limited information for free, it is difficult to impossible to know what you would get for your money. It could be very helpful or useless, there is no way to know. You may wish to try to contact them and see if you can find out more information.

Below please find some numbers that may be of assistance to you:

|  | Telephone # | website |
|---|---|---|
| New York State Bar Assn. | 1-(800) 342-3661 | "www.nysba.org" |

(If you want to speak to a New York attorney who handles viatical cases)

| Pennsylvania Ins. Dept. | 1 (717) 783-3898 | www.ins.state.pa.us |

US Attorney Southern Dist. NY    1-(212) 637-2200    (if you call the US Attorney's Office, you want to talk to someone handling the "Falkowitz/Empire Fraud Case" assigned to Judge Victor Marrero—they may or may not be interested in your problem.).

AARP may also be interested and have some information on Empire.

I hope that these numbers provide some assistance.  Although, I am unable to represent you at this time, I would be interested in what you are able to work out.  Based on our conversation, you have done very well so far getting a replacement policy and cash.  I wish you luck on your quest to resolve this matter.

Sincerely,

Scott E. Heffington
Attorney At Law

enclosure

Michael Spele
2½ Madison ave
18 & bl.
New York, N.Y. 10016

Mr & Mrs John Vitale
2512 S.W. 25th St.
Cape Coral Fl. 33914
Phone # 239-540-4142

On April of 1998 Thomas Connors a Broker
at Prine Financial Services in Howell, N.J.
07731. Phone # 877-876-8299 Sold to John &
Philomena Vitale an insurance product from
Empire State Viatical LLC, 350 Fifth Ave,
Suite 1014, New York, N.Y. 10118 Phone # 212-244-2200.
The insurance policy was on a man named
Robert Burns, who was terminally ill. The
investment was 25,000,00 on a 50,000.00 policy.
Empire was responsable to pay all premiums
on the policy. The policy was contestable,
after two years it was to become incontestable.
The policy is dated June 23 1998. It was terminated
on August 31, 1999 because Empire did not pay
the insurance premuims. I got after Empire
and demanded that they honor the contract.
we had with them. On Jan. 1, 2000 a policy
was taken on Robert Burns at another
Insurance Co. the premuim was paid for
one year. The policy lapsed on Jan. 1- 2001
for not paying the premium. It has only
been because I perservered that I was able
to get Empire to honor our contract, and
issue a replacment policy that would be
acceptable to us, and they would be
responsable to pay all premiums.

I was to get a replacement policy with a face value of 55,000.00, because of the length of time we had the investment. I am sending you a copy of the agreement we had on accepting the replacement policy. There is a premium due by Dec. 23 of $613.32 or the policy will lapse. If they do not pay the premium, I will pay it under protest. I would not have excepted this policy if I had to pay the premium, because I am not able to financially pay the premium. I have been in touch with the State of New York and explained to them that Empire State Fin. Group has been fraudalent from the very begining. They sold us a policy and then did not pay the premiums, so that there where long periods of time we had no investment and they had our money. I am sending you a copy of an artecale that I found on the internet. Empire State was owned by Michael Falkowitz, Steven Folkowitz, Steven Dryfus, Benjameno Biocco, + Theo Folkowitz, the wife who has signed many of the documents and Contracts that we hold. I fell she is as guilty as the four men in the Co. The differance is they are in Jail and she is home spending all the money they made. And now she's operating under the Title of Yudin + Yudin, They must of granted her

Page 3,4

bankruptcy so she operates under a new name. I do not know much about legal procedure I have heard of companies having to pay restitution to people when they get out of jail.

In our contract it stipulates that the Escrow agent is to receive + disburse funds. June of 1998 the Escrow agent was Jeffrey L Zevyeak of Zevyeak Klein + Tess LLP 18 East 41st St. New York, N.Y. The last escrow agent is Kalin + Associates PC 494 8th Ave Suite 800 New York N.Y. 1001 Phone # 212-239-8900. I would like to know what happend to all the money they took in on investments, it was supposed to be held in escrow to pay the insurance premiums. I do not understand how they can let a company that has been charged with involving fraudulent sale of life insurance policies to operate under a different name. Who will be watching this Co, are they going to invite people to invest thier hard earned money into a fraudulent investment, what protection does the average person have. They have taken in lots of money and continue to operate under a new name. All I expected was what I signed a contract for, them Empire to pay the insurance premiums.

Page 494

I hope you have an answer for my situation, I can not afford to lose my investment.

Thank You in Advance

Mr John Vitale

Mrs Pholomena Vitale



LAW OFFICES OF
## SCOTT A. LUCAS
60 East 42nd Street, Suite 1039
New York, New York 10165

Telephone (212) 573-6906
Fax (212) 286-9516

September 4, 2002

Mr. and Mrs. John and Philomena Vitale
2512 SW 25th Street
Cape Coral, FL 33914

Re:   Empire State Financial Group, LLC ("Empire")

Dear Mr. And Mrs. Vitale:

As Empire's current counsel in this matter, I write to follow-up on the letters which Michael G. Berger's office sent to you in connection with your Viatical Services Agreement with Empire dated April 16, 1998 (the "VSA").

I understand that you are aware that the original *contestable viatical policy* assigned to you pursuant to the VSA (on the life of Robert Burns, policy number G181523, face value $50,000) has been canceled by the insurance company. I understand further that you have agreed to accept a replacement *incontestable senior policy* on the life of Sid Marcus, policy number 60033892, face value $50,000. Empire shall be responsible to pay all premiums on the Marcus policy, or any other policy that you agree to accept as a replacement incontestable senior policy. The VSA shall in all other respects remain unchanged, and in full force and effect.

As additional consideration for your agreement to forgo a replacement policy with a face value of $55,000 and to accept one with a face value of $50,000, Empire agrees to pay you the sum of $2,000 once the policy has been transferred.

Please countersign below to indicate your understanding of the terms and conditions set forth in this letter, and your agreement to accept the replacement *incontestable senior policy* on the life of Sid Marcus, plus the $2,000 payment, in full satisfaction of Empire's obligations under paragraph 6 of the VSA to provide a replacement policy for you. Once we receive this countersigned letter from you, Empire will begin the process of assigning you as the beneficiary on the Marcus policy.

John and Philomena Vitale                    -2-                    September 4, 2002

If you have any questions, please call.

Yours truly,

Scott A. Lucas

AGREED AND ACCEPTED:

_____
JOHN VITALE

_____
PHILOMENA VITALE

Copy

## THE LATEST NEWS

### Feds Fault City Health Department

**By DUNCAN OSBORNE**

A federal inquiry into a city health department board that guards the safety and confidentiality of human subjects used in research found multiple violations of federal regulations, noting that only some have been corrected since the inquiry was launched in January. The health department's Institutional Review Board has failed to adequately monitor a large number of studies, including an a AIDS vaccine trial, according to a July 1 "determination letter" from the federal Department of Health and Human Services.

### Riddles Face Pride Agenda

**By PAUL SCHINDLER**

When the state legislature adjourned in June, without passing the Sexual Orientation Non Discrimination Act that Governor George Pataki had promised in two high profile speeches over the past year, the Empire State Pride Agenda declared the end of an 18-month period of "constructive engagement" with Albany's Republican leadership. But taking the gloves off against the governor, as some advocates are hoping for, is an all or nothing political strategy at odds not merely with the insider strategy that ESPA has cultivated over the years but also with the complexities of both the



CLICK HERE TO RETURN HOME

**LEGAL/FRAUD**

# Closing Loopholes
## Feds Pursuing HIV Insurance Scam

### By ARTHUR S. LEONARD

The federal prosecution of four men on charges involving the fraudulent sale of the right to receive the payoff of life insurance policies purchased by people with HIV got a boost August 7 when U.S. District Judge Victor Marrero in Manhattan rejected an attempt by the defendants to have the case dismissed.

The U.S. Attorney's office has charged Michael Falkowitz (also known as "Mike Jacobs"), Steven Falkowitz, Steven Dryfus, and Benjamino Baiocco with having concocted a highly profitable scheme to exploit the willingness of life insurance companies to sell policies worth less than $100,000 without requiring HIV tests of purchasers.

According to the indictment, the men formed a company, Empire State Financial Group, that actively recruited HIV-positive men to purchase such policies and to state on the applications that they had never been diagnosed as HIV-positive or as suffering from AIDS. The defendants were counting on the lax underwriting practices of the life insurers, who do not routinely attempt to verify such information by contacting doctors listed on the applications, even though the applicants sign a statement authorizing their doctors to respond to information requests from the insurers.

After the life insurance policies were issued, Empire would represent the policyholders in "viaticating" the policies. Viatication is a process by which a life

## THE ARTS IN NYC



### In a Queer Direction

**By DAVIDA SINGER**

In 1999 it was *Urinetow* the musical that broke o the New York Fringe Festival to reach Broadv fame and fortune. This y it appears, the breakthro show is a small play by openly gay playwright F Groves, a young 27-yea from Texas. *Beat* stars *Who's The Boss?* child : Dan Pintauro as Allen Ginsberg. *Beat* is only o of dozens of Fringe sho with gay directors, write actors, and stories.

### Mastering The Win City

**By CHRIS SCHMIDT**

To a Broadway already run with television stars stepping into headlining roles, add one more. Mi C. Hall, the tormented g undertaker on HBO's Si Feet Under, has joined t cast of Chicago as lawy Billy Flynn. So has his Amy Spanger. The win Ms. Spanger, although M Hall acquits himself nic

election and the legislative cycle.

## Feds Pursuing HIV Insurance Scam
By ARTHUR S. LEONARD

The federal prosecution of four men on charges of a fraudulent scheme involving the sale of the right to receive the payoff of life insurance policies purchased by people with HIV got a boost on August 7 when a Manhattan judge in rejected the defendants' attempt to have the case dismissed. The U.S. Attorney's office has charged the men with concocting a highly profitable scheme to exploit the willingness of life insurance companies to sell policies worth less than $100,000 without requiring HIV tests of purchasers.

## Drug Resistance Growing
By PAUL SCHINDLER

Two studies published in leading medical journals in July and August indicate that between 12.4 and 27 percent of mostly gay and bisexual men in major North American cities newly infected with HIV have a strain of the virus that is resistant to at least one of the antiretroviral drugs used for treatment. The higher figure in that range came from a study of new infections documented in San Francisco, and even in the broader study that resistance is becoming more common.

## Transgendered Teens Slain in D.C.
By ANDY HUMM

Two transgendered youths were brutally murdered in southeast Washington on August 12 in what, given the multiple shots fired, may have been a hate crime.

insurance policyholder sells the right to be the sole beneficiary under the policy to an investor, in return for the investor's payment of some portion of the face value of the policy. Normally investors would only be interested in life insurance policies held by people with fatal diseases, so that they would see a quick and reasonably predictable return on their investment. Empire would have a cut of the proceeds as the facilitator of the deal.

The basis for the federal government getting involved in this prosecution is the federal mail and wire fraud statutes, which make use of the U.S. mail or interstate phone lines in furtherance of fraudulent transactions federal crimes. Empire's business allegedly involved plenty of mail and telephone activity. In his opinion, Judge Marrero rejected the argument that the allegations in the indictment do not provide a basis for arguing that the defendants specifically used the mail and telephone as part of their fraudulent scheme.

The defendants had filed a motion to get the charges dismissed, arguing that the insurance companies had all the information they needed to discover the fraud, and that somebody operating their business with reasonable prudence would not have been taken in. This is essentially the standard that many state courts have used in deciding private lawsuits involving fraudulent inducement of a commercial transaction, in which a person or business sues for damages claiming that the defendant has defrauded them.

The big issue that Marrero had to decide was whether the same standard could be applied to a criminal prosecution, an issue that has not been definitively decided by the Supreme Court and on which lower federal courts are divided. He concluded, in line with a majority of the lower courts, that the private law standard should not apply, because the interests involved are different. In a private suit, the plaintiff is seeking compensation for losses he has incurred as a result of the defendant's fraud. In a criminal prosecution, the government is seeking to vindicate the public interest by terminating a dishonest activity that is using the infrastructure of interstate commerce, in this case the mail and the telephone system, in a way that may have serious negative consequences on public welfare.



## She's Alive
By PAULA TUSHBAI

Janis Joplin has been ali and singing in the Villag for two years—as part o *Love, Janis*, the hit off-Broadway show. Starrin Janis is Cathy Richardso talented lesbian singer v channels Janis like no ot Their lives have taken surprisingly similar path Richardson talks to *Gay News* about life as Janis

## No Exit
By CHRISTOPHER BYRNE

From France, a post-AII AIDS play about a man coming home to tell his family good bye. Jean L Lagarce's posthumous N York debut, *Only The E The World*, is a striking disappointment, a wandering, meandering filled with exposition th bordered on painful for audience.

## Curtain Call
The latest on the New Y stage.

Ukea Davis, 18 and Stephanie Thomas, 19, close friends, were killed while sitting in the front seat of Thomas's car, parked near her apartment.

## City Council Passes Partner Reciprocity Bill
By ANDY HUMM
As expected, New York joined San Francisco in enacting legislation to grant recognition to domestic partnerships performed elsewhere. The city is the first to also include same-sex marriages, such as those contracted in the Netherlands. But the harmony will be broken in a month when the Council takes up the issue of compelling city contractors to provide domestic partner benefits.

## "Don't Hug, Don't Kiss"
May Fall
By ARTHUR S. LEONARD
A unanimous three-judge federal panel ruled on August 12 that the same-sex partner of an Arizona state prison inmate can pursue a lawsuit challenging the constitutionality of a prison policy that prohibits same-sex hugging or kissing during prison visits.

## A West End Baedeker
BY ANDY HUMM
I went to London expecting rain as usual, but not the downpours and heat I found. The theater, however, redeemed the trip as did a comforting roast beef dinner at Rule's, a tour of Buckingham Palace, and a visit to Highgate Cemetery. But theater was our primary quarry and we were rewarded with stimulating and illuminating offerings.

Duane Rakes it in at xl

In this case, the argument is that insurance companies were willing to take some risks by underwriting small life insurance policies, those for less than $100,000, without intensive underwriting, or verification of the facts relevant to judging the purchaser's "insurability." The willingness of the life insurers was viewed as serving a valuable public function by making such insurance available on an affordable basis. Intensive underwriting is expensive, and would have driven up the price insurers would have to charge for such policies, inevitably pricing some people out of the market. Indeed, it is possible that some life insurers would simply stop selling smaller policies if they felt they had to undertake expensive underwriting in order to combat widespread fraudulent applications.

Insurers price their product on the assumption that most people who apply for the policies are honest. A scheme that would seek out "uninsurable" people and get them to lie on applications would upset this assumption and ultimately cause insurers to toughen up their application process and raise their prices for coverage, potentially depriving many people of the ability to obtain life insurance. This is the public interest the government is seeking to protect.

Viatication of life insurance policies by HIV-positive people played an important role during the 1990s in helping people who already owned whole life insurance policies when they discovered they were infected, and who needed immediate access to some of the cash value of their policies in order to meet the expenses imposed by their medical condition. As more effective drugs for HIV came into common use among middle and upper middle class people likely to find themselves in that situation during the mid to late 1990s, AIDS mortality rates declined and viatication became less available. In fact, a number of civil cases arose when people living with HIV who had sold their insurance policies lived longer than expected, upsetting the investment return expectations of the viatical purchasers.

The prosecution of Falkowitzs, Dryfus, and Baiocco centers on an operation that was at its height during the mid to late 1990s.

home



### He Is Woman, Hear Roar!
By JOE MANGHISE
Miss Flotilla DeBarge experienced tragedy last year—and no, not September 11. She gave her weekly show at Che bar Barracuda. So now s settled into FEZ in the E Village for a cabaret sho songs and fried chicken. Yes, fried chicken. And isn't half bad. The show is, not the free chicken.

### Mixed Grill
By DAVID SHENGOL
A revived satire on Wagner's *Ring Cycle* brought the Old West to Upper West Side. Heart Productions' version of *Barbecu* is extremely cl enjoyable, and moving.

### Cinescope
What's on screen this w

### Reading Room
Upcoming author readir

### 7 Days/7Nights
The best in online listin for queer NYC.

**EDITOR'S PAGE**

# TRANSAMERICA®
## LIFE INSURANCE COMPANY

Administrative Office | 4333 Edgewood Road, NE | Cedar Rapids | Iowa 52499

John Vitale
2512 Sw 25th St
Cape Coral, FL  33914-3858

August 1, 2017

07
Policy Number: 000060102914

### Notice of Monthly Deduction Rate Increase

Dear John Vitale:

We're making a change that affects the universal life insurance policy you purchased from Transamerica on 10/22/1998. This change impacts future payments you may need to make under the terms of the policy. We're letting you know about this change as soon as possible, so that you can evaluate your coverage and decide what you want to do. After you read this letter, we encourage you to contact us at **866-542-6178**.  A team is standing by to talk you through your options, answer questions, and assist with next steps. Please see our hours of operation at the end of this letter.

#### What's Changing and Why
Once a month, Transamerica withdraws a "monthly deduction" from the policy's accumulation value. The factors that affect the monthly deduction rates are outlined in your policy. Starting on your next policy anniversary date (and on your next layer anniversary date for any layer) after September 30, 2017, your monthly deduction rates will increase by approximately 58%. This rate increase is in addition to the customary increases that are associated with age. For an estimate of your new monthly deduction for the coming policy year, please contact us.

We're increasing the monthly deduction rates for TransUltra 115 policies based on our current expectations about our future costs to provide this coverage. After this change goes into effect, your new monthly deduction rates still won't exceed the maximum rates allowed by your policy.

However, the increase could be significant. You have several options, which are described below. We value the relationship we have with you. We know this insurance is important to you, and we want to work with you to keep this coverage in place.

#### Policy Information
To evaluate your options, you'll need the following information about your policy. This information is current as of 06/22/2017:

Last policy anniversary: 10/22/2016
Face amount: $50,000.00
Current accumulation value: $469.54-
Current cash value (minus any policy loans): $469.54-



Transamerica Life Insurance Company  |  Transamerica Premier Life Insurance Company
Transamerica Advisors Life Insurance Company  |  Transamerica Casualty Insurance Company

A0000441

***Your Options***

Because this rate increase could have a significant impact on your policy, we want you to be aware of options that may be available to you.

Retain Current Face Amount Option. You may choose to take no action at this time. So long as your policy has sufficient accumulation value to cover the increased monthly deduction, you can maintain your policy with its current face amount. However, at some point, you may need to pay additional premiums to keep the policy in force. The best way to evaluate this option is to request an illustration from us so that you can see how the policy would change depending on the premiums paid. Please note that we won't alter your planned premium unless you direct us to do so.

Reduce Face Amount Option. You may have the ability to decide how much premium you want to pay and for what duration you wish to keep the policy in force. If so, we can reduce the face amount to the level supported by the premium – assuming the new face amount is above the required minimum face amount. If you are interested in this option, please contact us.

Exercise Alternative Paid-Up Life Insurance Option. Your policy includes an Alternative Paid-Up Life Insurance Option, which may be available to you. If this option is available, you may use this policy's net cash value as a single premium to purchase a paid-up life insurance policy. The face amount of the paid-up policy would be based on the single premium rate in effect at the time the option is exercised. If you are interested in this option, please contact us.

Surrender for Cash Value Option. You may choose to surrender your policy for the cash value as of the date we receive your surrender request. You may take the cash or you may be able to exchange this policy for another life insurance policy that accumulates cash value – either with us or with another carrier. The decision to surrender your policy should not be taken lightly.

Other Options. There may be other options available to you. We can discuss this possibility with you when you contact us.

***Endorsement to Modify Grace Period***
Your policy may have been issued with an Endorsement to Modify Grace Period. If your policy has this endorsement and you have met the endorsement's conditions, your policy will not enter its Grace Period, even if the policy's accumulation value is insufficient to cover the monthly deduction and other policy charges and/or fees.

***What to Do Next***
Please consider your choices very carefully. Before you make a decision about how to proceed, you should consult with your tax, insurance, and/or financial advisor. Please understand that we cannot offer you tax or legal advice.

If you have questions about your policy or this letter, we encourage you to contact us directly at 866-542-6178 Monday through Friday from 9:00 a.m. until 6:00 p.m., ET.

Best regards,

Transamerica

**cc: 778715**


**For more information, please call us at 866-542-6178, Monday – Friday from 9:00 a.m. – 6:00 p.m. ET. We're here to assist you.**

**TRANSAMERICA**
LIFE INSURANCE COMPANY

**TRANSAMERICA**
LIFE INSURANCE COMPANY

SGA #   14728
SSA      SAMUEL  KATZ
SSA #   778715

Oct 24, 2017

**IMPORTANT**
**GRACE PERIOD FINAL NOTICE**

JOHN VITALE
2512 SW 25TH ST
CAPE CORAL, FL  33914

Insured(s):  SID MARCUS                                          Policy Number:  **60102914**

DETACH AND RETURN THE LOWER PORTION WITH PAYMENT     DATE _12/10/17_  CHECK NO. _1452_ AMOUNT _68.00_
DETACH HERE                                                                                          DETACH HERE

Policy No:  **60102914**                                    **RETURN THIS PORTION WITH YOUR PAYMENT**
Insured(s):  SID MARCUS

Total Amount Paid : _68.00_                      **PLEASE CHECK ALL BOXES CORRESPONDING TO YOUR PAYMENT**

☒ Premium to Restore ACE:        $68.00      by Dec 23, 2017

☐ Premium to continue coverage without Ace:     $3,418.00      by Dec 23, 2017

JOHN VITALE                                    TRANSAMERICA
2512 SW 25TH ST                                LIFE INSURANCE COMPANY
CAPE CORAL, FL  33914                          4333 EDGEWOOD RD NE
                                               CEDAR RAPIDS, IA 52499

Tompson es

Statvet

www. Thompson settlement . com

www . settlement . com

Name





## FIFTH THIRD BANK

Fifth Third Bank
2402 Surfside Blvd
MD  B43303
Cape Coral FL  33991

TRANSAMERICA LIFE INSURA
4333 Edgewood Road NE
Cedar Rapids IA  52499

Date: 1/4/2018
Time: 2:35pm

### Fifth Third Bank Deposit Balance Verification

To Whom It May Concern:

We are providing the following information to you at the request of our customer, John and Philomena Vitalie

**As of the date and time of this letter, the customer referenced above has $ 2,851.43 on deposit with Fifth Third Bank, to the best of our knowledge.**

Note: There are possible factors of which Fifth Third Bank is not aware that can impact the customer's balance, including:

- Outstanding checks and other withdrawal instruments.
- Items that may be returned.
- Any transactions the customer conducts on the account after this letter is sent.

Please be aware **that this letter does not signify that** Fifth Third Bank is involved in any potential transactions between this customer and the recipient of this letter. The Bank is not responsible for any differences in the customer's account balance(s) after this letter is issued or any resulting consequences that may impact the letter recipient.

If you have questions about the information provided here, please contact me at Victoria.Donaldson@53.com or  239-282-1701 , Monday through Friday, 8 a.m. to 5 p.m., ET.

Sincerely,

Victoria Donaldson
Financial Center Manager
Surfside Office

2nd oreginal chk Sent

Visit us at www.53.com

**PHILOMENA VITALE**
**JOHN F VITALE**
2512 SW 25TH ST.
CAPE CORAL, FL  33914

63-9171/670

1457

1/04/18
Date

Pay to the
Order of  Transamerica Life Ins.                    $ 68.00

Sixty Eight — Dollars

## FIFTH THIRD BANK

f Fifth Third Bancorp.

For  Prem. replacement chk.          Philomena Vitale

⑆067091719⑆  743305397⑈  1457



4333 Edgewood Road NE I Cedar Rapids, IA 52499 I www.transamerica.com

JOHN VITALE
2512 SW 25TH ST
CAPE CORAL, FL   33914

January 04, 2018

Transamerica Life Insurance Company
Policy Number(s): 000060102914
Insured Name: Sid Marcus

Dear John Vitale,

Thank you for being a valued Transamerica customer.

We have enclosed the following based on your recent request:

    Automatic Withdrawal Form

For further assistance or if you have any questions about this letter or your policy, please
contact your insurance agent or call us at 800-852-4678, Monday through Friday between 9:00
a.m. and 6:00 p.m. ET.

Best regards,

Transamerica

Transamerica Life Insurance Company  I  Transamerica Premier Life Insurance Company
Transamerica Advisors Life Insurance Company  I  Transamerica Casualty Insurance Company

Transamerica Life Insurance Company
Transamerica Premier Life Insurance Company
Administrative Office: 4333 Edgewood Road NE, Cedar Rapids, IA 52499

### PRE-AUTHORIZED CHECK/WITHDRAWAL PLAN ("PAC")

| POLICY NO.<br>(For existing policies only) | INSURED | SCHEDULED AMOUNT<br>(may increase) |
|---|---|---|
| 000060102914 | Sid Marcus | 800.00 |

**Initial Payment (Only Check One Box)**

☒ CHECK: Check this box if you are attaching a check for the initial modal premium.
☒ AUTOMATIC WITHDRAWAL: Check this box to have the initial modal premium withdrawn from the account listed below.
If a conditional receipt was issued along with this authorization, initial premium will be withdrawn/cashed upon receipt of the application by the Company. Unless a conditional receipt was issued along with this authorization, I/we agree this authorization shall not become effective for payment of the initial premium unless and until after a contract is issued and all other conditions of coverage set forth in the application have been met.

**Complete the Following Information for Future Recurring Payments**

| | |
|---|---|
| ☐ Monthly | ☐ Withdraw on day of the month matching the policy's effective date (this will be elected if no box is checked) |
| ☒ Quarterly | ☒ Withdraw on a different day of the month; choose a day between 1 and 28  28 |
| ☐ Annual | ☒ Premium(s)   ☐ Loan Payment(s) |
| ☐ Semi Annual | ☐ New Authorization   ☐ Bank Change   ☐ Account Change   ☐ Other _____ |

**Account Information**

### TAPE VOIDED CHECK HERE

If not attaching void check or if withdrawing from Savings Account, complete the following information

_Fifth Third Bank_
Bank Name, Office or Branch

_2402 Surfside Blvd Cape Coral FL 33991_
Bank Address City, State, Zip

_John Vitale Philomena Vitale_  Check one: ☒ Checking   ☐ Savings
List all Authorized Account Holders

### AUTHORIZATION FOR PARTICIPATION IN THE PAC PROGRAM

As a convenience to me, I request and authorize any of the Companies named above to make withdrawals, by draft or electronic transfer, from my account with the financial institution named for: (1) premiums becoming due (including premiums which have increased from the initial payment amount under the terms of the policy(ies) or due to changes made to the policy(ies); (2) other amounts due under the policy(ies) listed above (including any amendments, endorsements or riders); (3) loan payments if authorized above or later agreed to by me; and/or (4) such other payments as I may authorize the Companies to make. I request that the withdrawals be on or before the day(s) when payments fall due. I request that this authorization, unless previously revoked, continue to apply to any conversion, renewal or change later made to the policy(ies). I understand that if a withdrawal is not honored for payment by the financial institution, with or without cause and whether intentionally or inadvertently, and the premiums are not otherwise paid within the grace period allowed by a policy, the policy may terminate.

As a convenience to me, I hereby request the financial institution named above (and its successors and assigns) to accept and honor the draft or transfer withdrawals made by the Companies from my account. I agree the financial institution shall be fully protected in honoring such draft or transfer.

This authorization shall take effect when recorded and processed by the Companies and financial institution and will remain in effect until I notify the Companies or the financial institution in writing to terminate and the Companies or financial institution have a reasonable time to act on the termination request. I hereby terminate any prior authorization of the Companies to initiate charges to this account for the above policy(ies) effective the date on which the initial charge is made under this authorization. I also understand and agree that if a withdrawal is not honored by the financial institution for any reason, the Companies may cease attempting to make withdrawals through the use of this authorization.

| _Philomena Vitale_ | _4/06/18_ | _John F. Vitale Philomena Vitale_ |
|---|---|---|
| SIGNATURE OF AUTHORIZED ACCOUNT HOLDER | DATE | SIGNATURE OF POLICYOWNER IF NOT AUTHORIZED HOLDER |

* D T 0 8 4 *

PAC10510

Rev 10/15

5

**TRANSAMERICA**
LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499

GA #_____

## Reinstatement Application

A separate Reinstatement Application must be completed for each Proposed Insured.
Reinstatement is requested on the following Proposed Insured:

| Proposed Insured | | | Policy/Contract Number |
|---|---|---|---|
| _Ed Marcus_ | | | 000601029_14_ |

| Mailing Address (Cannot be a P.O. Box) | City | State | Zip Code | Country |
|---|---|---|---|---|
| _7101 NW 70th ave_ | _Tamare Fl_ | _Fl_ | _33321_ | _United_ |

| Occupation/Duties | Driver's License No. |
|---|---|
| | _none_ |

U.S. Citizen  ☒ Yes  ☐ No  If no, complete Residency & Travel Questionnaire.

| Amount Paid With This Application  $ _(PAC)_ | Home Phone _9547216243_   _239-540-4142_ | Work Phone |
|---|---|---|

PLEASE MAKE ALL CHECKS PAYABLE TO TRANSAMERICA LIFE INSURANCE COMPANY. DO NOT MAKE CHECKS PAYABLE TO THE AGENT OR LEAVE THE PAYEE SPACE BLANK.

**Transamerica Life Insurance Company (the Company) may require additional evidence of insurability.**
This is an application for reinstatement of the above policy in accordance with its provisions.

The Proposed Insured must answer each of the following questions:

1. Have you used nicotine at any time?    ☐ Yes ☒ No
   Cigarettes    Date last used _____    ☐ Yes ☒ No
   Cigar/Pipe/Chewing Tobacco    Date last used _____    ☐ Yes ☒ No
   Other    Date last used _____    ☐ Yes ☒ No

2. Do you intend to fly other than as a passenger within the next two years or have you flown other than as a passenger during the past two years?    ☐ Yes ☒ No
   If yes, indicate type of license _____; Advanced Ratings (IFR/ATC) _____;
   # of solo hours _____; hours flown past 24 months _____

3. Is foreign travel or residency contemplated within the next two years for business or pleasure to a destination outside the U.S., Canada, Western Europe, Hong Kong, Australia or New Zealand? If yes, complete Residency & Travel Questionnaire.    ☐ Yes ☒ No

4. Within the past five years, have you been convicted of or pleaded guilty to:
   a) Moving violations?  If yes, give dates and type. _____    ☐ Yes ☒ No
   b) Driving under the influence of alcohol and/or other drugs or reckless driving?  If yes, give dates. _____    ☐ Yes ☒ No

5. In the past two years have you ever participated in, or within the next two years do you intend to participate in, hang-gliding, sky diving, parachuting, ultralight flying, vehicle racing, scuba diving, mountain or rock climbing, rodeos, competitive skiing or snowboarding?    ☐ Yes ☒ No
   If yes, complete Sports and Hazardous Activities Questionnaire.

6. Present height and weight:___ _5_ ft. _2_ in. _170_ lbs.

7. Name and address of your primary care physician: _Yab S. Mann M.D Internal Med_
   _Genesis Medical Center 3000 N. University Dr Coral Springs Fl 33065_

8. What medications are you presently taking? _____

9. During the past five years, have you:
   a) Received medical advice of treatment from a licensed member of the medical profession for any illness, injury or disease?    ☐ Yes ☒ No
   b) Consulted or been examined by any physician?    ☐ Yes ☒ No
   c) Required any hospitalizations?    ☐ Yes ☒ No
   d) Been declined, rated, modified, postponed, refused renewal or refused reinstatement for any life insurance application?    ☐ Yes ☒ No
   e) Filed for, received or been refused disability benefits?    ☐ Yes ☒ No

For yes answers, in Remarks include all dates, diagnoses, duration of any illness and provide names and addresses of all attending physicians and hospitals.

| Remarks _Home University Hospital & Medical Center Tamarac Fl 6TTPS/_ |
|---|
| _Phone # 954-755-0300_ |

PLEASE COMPLETE AUTHORIZATION

APR10113TFL

*DT056*



Transamerica Life Insurance Company
Home Office: 4333 Edgewood Road NE
Cedar Rapids, IA 52499

**HIPAA Authorization for Release of Health-Related Information**

This authorization complies with the Health Insurance Portability and Accountability Act (HIPAA) Privacy Rule.

| Name of Primary Proposed Insured/Patient | Date of birth | Last four digits of SSN |
| --- | --- | --- |
| *Sid Marcus* | *9/6/1923* | *2018* |
| Name of Secondary Proposed Insured/Patient | Date of birth | Last four digits of SSN |
| | | |
| Name(s) of Unemancipated Minors | Date(s) of birth | Last four digits of SSN(s) |
| | | |

I hereby authorize the use or disclosure of health information, as described below, about me or my above-named unemancipated minor children and revoke any previous restrictions concerning access to such information:

1. **Person(s) or group(s) of persons authorized to use and/or disclose the information:** Any health plan, physician, health care professional, hospital, clinic, long-term care facility, medical or medically-related facility, laboratory, pharmacy, pharmacy benefit manager, insurance company [including the Company noted above (the "Company")], insurance support organization such as MIB Group, Inc., or other medical practitioner or health care provider that has provided payment, treatment or services to me or on my behalf or to or on behalf of my unemancipated minor children.

2. **Person(s) or group(s) of persons authorized to collect or otherwise receive and use the information:** The Company, its affiliates and reinsurers, and its agents, employees, or other representatives. I further authorize the Company and its affiliates and reinsurers to redisclose the information to MIB Group, Inc., which operates an information exchange on behalf of life and health insurance companies.

3. **Description of the information that may be used or disclosed:** This authorization specifically includes the release of all information related to my health or that of my unemancipated minor children and my or my unemancipated minor children's insurance policies and claims, including, but not limited to, information on the diagnoses, prognoses, treatments, prescription drug information, and information regarding diagnosis, prognosis and treatment of mental illness, communicable or infectious conditions, such as HIV or AIDS, and use of alcohol, drugs and tobacco. **This Authorization excludes psychotherapy notes that are separated from the rest of my medical records.**

4. **The information will be used or disclosed only for the following purpose(s):** For the purpose of underwriting my insurance application with the Company and, if a policy is issued, for evaluating contestability and eligibility for benefits, for the continuation or replacement of the policy, for reinstatement of the policy or to contest a claim under the policy.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

- I understand that health information about me provided to the Company may be protected by state and federal privacy regulations including the HIPAA Privacy Rule and that the Company will only use and disclose such information as permitted by applicable regulations and as described in its privacy notices. However, I also understand that any information disclosed under this authorization may be subject to redisclosure by the recipient and may no longer be protected by federal regulations such as the HIPAA Privacy Rule governing privacy and confidentiality of health information.

- I understand that if I refuse to sign this authorization to release my health information or that of my unemancipated minor children, the Company may not be able to process my application, or if coverage is issued may not be able to make any benefit payments.

- I understand that I may revoke this authorization in writing at any time, except to the extent that action has already been taken in reliance on it, or to the extent that other law provides the Company with the right to contest a claim under the policy or the policy itself, by sending a written revocation to the Company's Privacy Official at the address at the top of this form. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and business operations, including agent commission statements.

- This authorization shall remain in force for 24 months (12 months in Kansas) from the date signed, regardless of my condition and whether living or deceased.

- I acknowledge I have received a copy of this authorization.

| Signature of Primary Proposed Insured/Patient or Personal Representative | Date |
| --- | --- |
| *Sid Mr* | *2-11-18* |
| Signature of Secondary Proposed Insured/Patient or Personal Representative | Date |
| *John + Philomena Vitale* | *2/9/18* |

If signed by an individual's personal representative or the parent or guardian of an unemancipated minor, describe authority to sign on behalf of the individual:

☐ Parent    ☐ Legal guardian    ☐ Power of Attorney    ☐ Other (please describe): *owner of Policy*
(NOTE: If more than one individual is named above, please specify the individual(s) to which the personal representative applies.)

Policy or contract number (if known): *000601029 14*

A copy of this authorization will be considered as valid as the original.

HIP1008TSTD                                                                    TG-NF

To the best of my/our knowledge and belief, I/we represent that the statements and answers given in this application are complete and true and may be relied on by the Company as the basis for reinstatement of the policy. I/We understand that the Company may require additional evidence of insurability. I/We understand that the Company may, subject to the reinstatement provisions of the policy, deposit any payment or cash any check without prejudice to its right to decline to reinstate the policy. I/We understand that if the Company declines to reinstate the policy, any payment paid with this application will be refunded.

**FRAUD WARNING:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Signed at _____ 3-10-18 _____   Date _____ 1/19/2018 _____

X _____

Signature of Proposed Insured
(or parent or Guardian if Proposed Insured is a minor)

_____
Signature of Owner, if other than Proposed Insured

## NOTICE TO CONSUMER

The death benefit on many business related life insurance policies will be taxable to you under Section 101(j) of the Internal Revenue Code to the extent it exceeds the premiums and other considerations paid by you for the policy unless the written Notice and Consent is obtained prior to policy issue and certain other requirements of such section are met. These policies are often referred to as Employer-Owned Life Insurance Policies but can also include policies owned by others such as affiliates and business owners. Section 101(j) may apply to your policy on reinstatement whether or not it also applied when the policy was originally issued.

The notice and consent provisions of IRC sec. 101(j) may apply. These must be met prior to policy issue for death benefits under policies owned by employers and certain related parties to be tax-free. Consult your tax advisor.

## AUTHORIZATION TO OBTAIN INFORMATION

Transamerica Life Insurance Company (the Company)

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, MIB, Inc. ("MIB") or other organization, institution or person, that has any records or knowledge of me or my health, to give to Transamerica Life Insurance Company, or its reinsurers, any such information. I authorize Transamerica Life Insurance Company, or its reinsurers, to make a brief report of my personal health information to MIB. A photographic copy of this authorization shall be as valid as the original.

This authorization will be valid for 24 months, but I understand that I may revoke it at any time by giving written notice to the Company at the above address. I understand that there are limitations on my right to revoke this authorization. Any action taken in reliance on this authorization will be valid if such action has been taken prior to receipt of notice of revocation. If this authorization is used to collect information in connection with a claim for benefits, it will be valid for the duration of the claim. I also understand that my revocation of this authorization will not result in the deletion of codes in the MIB database if such codes are reported by the Company (or the Company becomes obligated to report such codes to MIB) while this authorization is in force.

I acknowledge receipt of the Notice of Disclosure of Information. I understand that if an investigative consumer report is ordered in connection with this application, I may elect to be interviewed in connection with the preparation of the report and, upon request, I will be provided with a copy of the report. I elect to be interviewed if an investigative consumer report is prepared. ☒ Yes  ☐ No

**FRAUD WARNING:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Signed at _____ Ft. Lauderdale, Fl. _____   Date _____ 1/19/2018 _____

X _____

Signature of Proposed Insured
(or parent or Guardian if Proposed Insured is a minor)

_____
Signature of Owner, if other than Proposed Insured

APR10113TFL

asked for the appropriate of July 3 at 11:30 M M

# TRANSAMERICA
## LIFE INSURANCE COMPANY

Transamerica Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

June 7, 2018

John Vitale
2512 SW 25th St
Cape Coral, FL 33914

Insured(s):   Sid Marcus
File Number:  000060102914

Dear Mr. Vitale:

Thank you for the opportunity to review your application for reinstatement of this policy. We're writing to let you know the outcome of your request.

After careful review, our Underwriting Department determined that you don't meet current insurability requirements for this particular policy. Because of this determination, we won't be able to reinstate the policy. There may be another Transamerica policy available to meet your needs, and we encourage you to discuss other options with your insurance agent or with us.

A Notice of Adverse Underwriting Decision is included in this letter. For more detailed information about the underwriting determination, please send us a written request as described in the Notice. To protect your privacy, customer service representatives in our call center have limited information about underwriting decisions.

Transamerica is committed to providing excellent customer service. If you have questions about this letter, please call us at 800-852-4678, Monday through Friday between 8:00 a.m. and 5:00 p.m. ET. We value our relationship with you.

cc:   14728
      778715    Katz, Samuel

Enclosure(s):   Notice of Adverse Underwriting Decision
                Notice of Privacy Practices

050100001700

