**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199

**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN: 123082)
harvey@consumerwatchdog.org
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
6330 San Vicente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522
Fax: (310) 392-8874

**THE MOSKOWITZ LAW FIRM PLLC**
Adam M. Moskowitz (*Pro Hac Vice*)
adam@moskowitz-law.com
Howard Bushman *(Pro Hac Vice)*
howard@moskowitz-law.com
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: (305) 479-5508

*Co-Lead Class Counsel for the Settlement Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL THOMPSON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:18-cv-05422-CAS-GJSx<br><br>CLASS ACTION<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION IN LOCAL RULE 11-6 AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Judge:    Hon. Christina A. Snyder |

**TO: DEFENDANT AND ITS ATTORNEYS OF RECORD**:

Plaintiffs respectfully request leave to exceed the 25-page limitation set forth in Local Rule 11-6 and seek permission from the Court to file Plaintiffs' Combined Reply in Support of Motion for Final Approval of Proposed Nationwide Class Settlement [Dkt. 154] and Motion for Court Approval of Common Fund Payments [Dkt. 156], and in Response to Objections [Dkt. 164, 165 and 166] not to exceed 30 pages in length.

This motion is supported by the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs seek leave to exceed the presumptive page limitation set forth in Local Rule 11-6 in connection with their Combined Reply in Support of Motion for Final Approval of Proposed Nationwide Class Settlement [Dkt. 154] and Motion for Court Approval of Common Fund Payments [Dkt. 156], and in Response to Objections [Dkt. 164, 165 and 166] ("Combined Reply"). Plaintiffs respectfully submit that this modest page extension is reasonable and necessary to adequately inform the Court's consideration and determination of the Plaintiffs' Motion for Final Approval of Proposed Nationwide Class Settlement [Dkt. 154] and Motion for Court Approval of Common Fund Payments [Dkt. 156].

The additional pages requested by Plaintiffs are necessary given that Plaintiffs are submitting a single, combined reply addressing their motion for final approval, motion for approval of attorneys' fees and expenses, and responding to the three objections to the proposed Settlement Agreement. Although Plaintiffs do not believe the objections to have merit, two of the three objectors have filed lengthy submissions raising a myriad of issues, including, among others: (1) the adequacy of notice provided to the Settlement Class; (2) the adequacy of the proposed Class Representatives and alleged conflicts within the Settlement Class;

(3) whether this Court has jurisdiction over out-of-state Settlement Class Members; (4) the adequacy of relief provided under the Settlement; and (5) whether the requested attorneys' fees are disportionate to the relief being provided to the Settlment Class.

Plaintiffs have made every effort to address the issues raised by the Objectors in a concise fashion. We have concluded that the requested five-page extension will assist and benefit the Court and provide an adequate record for the Court to determine the Motion for Final Approval of Proposed Nationwide Class Settlement [Dkt. 154] and Motion for Court Approval of Common Fund Payments [Dkt. 156].

Plaintiffs have conferred with counsel for Defendant, who confirms that Defendant does not oppose Plaintiffs' request to file an oversized Combined Reply.

Based on the foregoing, Plaintiffs respectfully request that they be granted leave to file their Combined Reply in Support of Motion for Final Approval of Proposed Nationwide Class Settlement [Dkt. 154] and Motion for Court Approval of Common Fund Payments [Dkt. 156], and in Response to Objections [Dkt. 164, 165 and 166] not to exceed 30 pages in length.

Respectfully submitted this 13th day of August, 2020.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

/s/ *Andrew S. Friedman*
Andrew S. Friedman (*Pro Hac Vice*)
Francis J. Balint, Jr. (*Pro Hac Vice*)
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
afriedman@bffb.com
fbalint@bffb.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE MOSKOWITZ LAW FIRM**
Adam M. Moskowitz (*Pro Hac Vice*)
Howard M. Bushman, Esq. (*Pro Hac Vice*)
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: (305) 740-1423
Fax: (786) 298-5737
adam@moskowitz-law.com
howard@moskowitz-law.com

**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN 123082)
Jerry Flanagan (SBN 271272)
6330 San Vicente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522
Fax: (310) 392-8874
Harvey@consumerwatchdog.org
jerry@consumerwatchdog.org

*Co-Lead Class Counsel for the Settlement Class*