VIVIAN I. ORLANDO (SBN 213833)
vorlando@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave. Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213.680.2800
Facsimile:   213.614.7399

THOMAS F.A. HETHERINGTON*
tom.hetherington@mhllp.com
JARRETT E. GANER*
jarrett.ganer@mhllp.com
HUTSON B. SMELLEY*
hutson.smelley@mhllp.com
ERIN E. BENNETT*
erin.bennett@mhllp.com
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002
713.337.5580 (telephone)
713.337.8850 (facsimile)
*Admitted *pro hac vice*

Attorneys for Defendant
TRANSAMERICA LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL THOMPSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:18-cv-05422-CAS-GJSx<br>(Honorable Christina A. Snyder )<br><br>CLASS ACTION<br><br>**DECLARATION OF ALIZA KLAU IN SUPPORT OF DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO OBJECTIONS TO THE PROPOSED SETTLEMENT**<br><br>Hearing Date: August 31, 2020<br>Time: 10:00 a.m.<br>Court: Courtroom 8D<br><br>First Am. Compl. Filed: May 8, 2019 |

I, Aliza Klau, declare as follows:

1. I am an Assistant Actuary, Inforce Management at Defendant Transamerica Life Insurance Company ("TLIC"). I have been employed by TLIC since 2003. I was involved in the implementation of the 2017 and 2018 monthly deduction rate ("MDR") increases as part of my job responsibilities at TLIC. I have personal knowledge of the facts set forth herein, and if called as a witness could competently testify thereto.

**The Policies and the 2017 and 2018 MDR Increases**

2. When the 1998 and 1999 versions of the TransUltra 115 universal life insurance policies and the 1997, 1998, and 1999 versions of the TransSurvivor 115 universal life insurance policies were issued, TLIC set MDR schedules (the original MDR schedules). The original MDR schedules were used in TLIC's calculation of the monthly deductions ("MDs") withdrawn from the Policies' Accumulation Value. The MDRs under the original MDR schedules generally increased as insureds age and were set at or below the guaranteed maximum MDR schedules contained in the Policies.

3. When TLIC implemented the 2017-2018 MDR increases, the increase was applied over the original MDR schedules.

4. TLIC approved a 58% MDR increase over the original MDR schedules for the 1998 and 1999 versions of the TransUltra 115 Policies and began implementing the increase on Policy anniversaries in October 2017. The amount of the implemented increase was at or below the guaranteed maximum MDR schedules.

5. TLIC approved a one-time 47% MDR increase over the original MDR schedules for the 1997 version of the TransSurvivor 115 Policies and began implementing the increase on Policy anniversaries in in June 2018. The amount of the implemented increase was at or below the guaranteed maximum MDR schedules.

6. TLIC approved three consecutive, compounding 39% annual increases against the MDRs for the corresponding year over the original MDR schedules. TLIC began implementing the increase on Policy anniversaries in June 2018. The amount of the implemented increase was at or below the guaranteed maximum MDR schedules.

7. Most of the TransUltra 115 and the TransSurvivor 115 Policies include an endorsement called the Endorsement to Modify Grace Period, also referred to as the Assured Coverage Endorsement or "ACE."

8. For each Policy with the ACE, the Policy data pages specify both the Select Period and the Select Monthly Premium required to keep the ACE in effect. The Select Period generally extends until the insured reaches age 100 (or for joint life polices, until the younger of the two insureds reaches age 100). The ACE also includes other conditions that must be satisfied to keep it in effect.

**TLIC's Participation in Administration of the Proposed Settlement**

9. TLIC provided estimated proposed Settlement Relief to the Settlement Administrator Rust Consulting LLC ("Rust") to provide to Settlement Class Members upon request. This is the same type of information that TLIC provided to Rust in connection with the settlement in *Feller v. Transamerica Life Ins. Co*.

10. TLIC also prepared its illustration software to provide illustrations to policyowners depicting potential future policy performance with and without the Settlement Relief.

11. As of August 4, 2020, TLIC provided approximately 20 settlement illustrations relating to the potential *Thompson* settlement.

**The Terry Policy**

12. In TLIC's records, Angela Terry was designated as the trustee of the Frank 2000 Irrevocable Trust dated January 28, 2000 (the "Frank Trust"). The Frank Trust owned Policy No. 60057155.

13. Attached as Exhibit A is a true and correct copy of a duplicate policy

for Policy No. 60057155.

14. Attached as Exhibit B is a true and correct copy of the MDR increase letter sent to the owner of Policy No. 60057155. In the letter dated February 1, 2019, TLIC notified the Frank Trust (through its trustee Angela Terry) of an MDR increase on Policy No. 60057155.

15. Terry, as trustee, surrendered Policy No. 60057155 in return for $123,931.47. The surrender was effective May 21, 2019.

16. Attached as Exhibit C is a true and correct copy of the surrender form submitted to TLIC for Policy No. 60057155.

17. According to TLIC's records, Terry is not the authorized trustee for the Frank Trust for Policy No. 60060573. TLIC's records show that a different trustee is the trustee of record for Policy No. 60060573. TLIC's records show that Terry was removed as trustee for Policy No. 60060573 in 2002.

**The Sher Policy**

18. Attached as Exhibit D is a true and correct copy of the duplicate policy for Policy No. 60051266.

19. Policy No. 60051266 includes the ACE. The Sher Family Trust has paid sufficient premiums to keep the ACE in effect as of the time of this declaration.

20. Attached as Exhibit E is a true and correct copy of the illustration signed by Mr. Sher at the time Policy No. 60051266 was purchased.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 17, 2020, in Los Angeles, California

_____
Aliza Klau