**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199

| **CONSUMER WATCHDOG** | **THE MOSKOWITZ LAW FIRM** |
|---|---|
| Harvey Rosenfield (SBN: 123082) | Adam M. Moskowitz (*Pro Hac Vice*) |
| harvey@consumerwatchdog.org | adam@moskowitz-law.com |
| Jerry Flanagan (SBN: 271272) | Howard Bushman *(Pro Hac Vice)* |
| jerry@consumerwatchdog.org | howard@moskowitz-law.com |
| 6330 San Vicente Blvd., Suite 250 | 2 Alhambra Plaza, Suite 601 |
| Los Angeles, CA 90048 | Coral Gables, FL 33134 |
| Tel: (310) 392-0522 | Tel: (305) 479-5508 |
| Fax: (310) 392-8874 | |

*Co-Lead Class Counsel for the Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL THOMPSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:18-cv-05422-CAS-GJSx <br> CLASS ACTION <br> **NOTICE OF LODGING PROPOSED ORDERS** <br><br> Hearing Date: August 31, 2020 <br> Hearing Time: 10:00 am <br> Courtroom: 8D – 8th Floor <br> Judge: Hon. Christina A. Snyder |

NOTICE IS HEREBY GIVEN that Plaintiffs, in accordance with the Court's instructions at the Fairness Hearing, are lodging the following proposed orders:

1. [Proposed] Final Order Approving Plaintiffs' Motion for Final Certification of Settlement Class and Final Approval of Proposed Nationwide Class Settlement Agreement [Dkt. 154] (attached hereto as Exhibit 1); and

2. [Proposed] Order Granting Plaintiffs' Motion for Court Approval of Common Fund Payment of Attorneys' Fees, Litigation Expenses, and Service Awards [Dkt. 156] (attached hereto as Exhibit 2).

Respectfully submitted this 4th day of September, 2020.

**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**

/s/ *Andrew S. Friedman*
Andrew S. Friedman (*Pro Hac Vice*)
Francis J. Balint, Jr. (*Pro Hac Vice*)
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199
afriedman@bffb.com
fbalint@bffb.com

**THE MOSKOWITZ LAW FIRM**
Adam M. Moskowitz (*Pro Hac Vice*)
Howard M. Bushman, Esq. (*Pro Hac Vice*)
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: (305) 740-1423
Fax: (786) 298-5737
adam@moskowitz-law.com
howard@moskowitz-law.com

**CONSUMER WATCHDOG**

Harvey Rosenfield (SBN 123082)
Jerry Flanagan (SBN 271272)
6330 San Vicente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522
Fax: (310) 392-8874
Harvey@consumerwatchdog.org
jerry@consumerwatchdog.org

***Co-Lead Class Counsel***