1

**BONNETT FAIRBOURN**
  **FRIEDMAN & BALINT, PC**
2
Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
3
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
4
2325 East Camelback Road, Suite 300
5
Phoenix, AZ 85016
Tel: (602) 274-1100
6
Fax: (602) 274-1199

7

| **CONSUMER WATCHDOG** | **THE MOSKOWITZ LAW FIRM** |
|---|---|
| Harvey Rosenfield (SBN: 123082) | Adam M. Moskowitz (*Pro Hac Vice*) |
| harvey@consumerwatchdog.org | adam@moskowitz-law.com |
| Jerry Flanagan (SBN: 271272) | Howard Bushman *(Pro Hac Vice)* |
| jerry@consumerwatchdog.org | howard@moskowitz-law.com |
| 6330 San Vicente Blvd., Suite 250 | 2 Alhambra Plaza, Suite 601 |
| Los Angeles, CA 90048 | Coral Gables, FL 33134 |
| Tel: (310) 392-0522 | Tel: (305) 479-5508 |
| Fax: (310) 392-8874 | |

8

9

10

11

12

*Co-Lead Class Counsel for the Settlement Class*

13

**UNITED STATES DISTRICT COURT**

14

**CENTRAL DISTRICT OF CALIFORNIA**

15

16

| GAIL THOMPSON, et al., | Case No. 2:18-cv-05422-CAS-GJSx |
|---|---|
|       Plaintiffs, | CLASS ACTION |
|       vs. | **NOTICE OF LODGING PROPOSED FINAL JUDGMENT** |
| TRANSAMERICA LIFE INSURANCE COMPANY, | Hearing Date:    August 31, 2020 |
|       Defendant. | Hearing Time:    10:00 am |
| | Courtroom:  8D – 8th Floor |
| | Judge:    Hon. Christina A. Snyder |

17

18

19

20

21

22

23

24

25

26

27

28

1       NOTICE IS HEREBY GIVEN that Plaintiffs are lodging the attached

2  proposed Final Judgment (attached as Exhibit 1).

3       Respectfully submitted this 8th day of September, 2020.

4

5                    **BONNETT FAIRBOURN FRIEDMAN
   & BALINT, PC**

6

7                    /s/ *Andrew S. Friedman*
   Andrew S. Friedman (*Pro Hac Vice*)

8                    Francis J. Balint, Jr. (*Pro Hac Vice*)

9                    2325 East Camelback Road, Suite 300
   Phoenix, AZ 85016

10                   Tel: (602) 274-1100

11                   Fax: (602) 274-1199
   afriedman@bffb.com

12                   fbalint@bffb.com

13

14                   **THE MOSKOWITZ LAW FIRM**
   Adam M. Moskowitz (*Pro Hac Vice*)

15                   Howard M. Bushman, Esq. (*Pro Hac Vice*)

16                   2 Alhambra Plaza, Suite 601
   Coral Gables, FL 33134

17                   Tel: (305) 740-1423

18                   Fax: (786) 298-5737
   adam@moskowitz-law.com

19                   howard@moskowitz-law.com

20                   **CONSUMER WATCHDOG**

21                   Harvey Rosenfield (SBN 123082)
   Jerry Flanagan (SBN 271272)

22                   6330 San Vicente Blvd., Suite 250

23                   Los Angeles, CA 90048
   Tel: (310) 392-0522

24                   Fax: (310) 392-8874

25                   Harvey@consumerwatchdog.org
   jerry@consumerwatchdog.org

26                   *Co-Lead Class Counsel*

27

28

                                      1