**JS-6 'O'**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL THOMPSON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:18-cv-05422-CAS-GJSx<br><br>CLASS ACTION<br><br>**FINAL JUDGMENT**<br><br>Judge:  Hon. Christina A. Snyder |

Based upon and subject to the nationwide class settlement approved by the Court in this Action, the "Final Order Approving Plaintiffs' Motion for Final Certification of Settlement Class and Final Approval of Proposed Nationwide Class Settlement Agreement (Dkt. 154)" ("Final Approval Order")[1] [Dkt. 197], and the "Order Granting Plaintiffs' Motion for Court Approval of Common Fund Payment of Attorneys' Fees, Litigation Expenses, and Service Awards (Dkt. 156)" ("Fee and Expense Order") [Dkt. 198],

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)  The Court has personal jurisdiction over the Parties and the Settlement Class Members (defined below), subject matter jurisdiction over the claims in the above-captioned action (the "Action"), and jurisdiction to approve the Settlement and the "Settlement Agreement and Release." [Dkt. 143-1].

(2)  The certified Settlement Class subject to and bound by this Final Judgment includes, subject to the exclusions listed below, the following persons:

All persons or entities who owned a Policy as of the Policy Status Date. Excluded from the Settlement Class are: (a) the Honorable Christina A. Snyder, United States District Court Judge of the Central District of California (or other Circuit, District, or Magistrate Judge presiding over the Action through which this matter is presented for settlement) and court personnel employed in Judge Snyder's (or such other Judge's) chambers or courtroom; (b) TLIC and its parents, subsidiaries, successors, predecessors, and any entity in which TLIC has a controlling interest; (c) any officer or director of TLIC reported in its most recent Annual Statements; (d) Policyowners who properly executed and timely filed a request for exclusion from the Class, as set forth in the attached Exhibit A to the

---

[1] The capitalized terms used in this Final Judgment shall have the meanings and/or definitions given to them in the Settlement Agreement and Release [Dkt. 143-1 ("Settlement Agreement")], or if not defined therein, the meanings and/or definitions given to them in the Final Approval Order.

Final Approval Order; (e) those Policyowners challenging the MDR Increases in any pending or resolved lawsuit against TLIC other than the Action; and (f) the legal representatives, successors, or assigns of any of the foregoing excluded Policyowners (but only then in their capacity as legal representative, successor, or assignee).

    (3)    Venue in this district is proper.

    (4)    The Action (including all individual claims and Settlement Class claims presented thereby) are hereby dismissed, with prejudice on the merits, without fees or costs to any party except as provided in the Fee and Expense Order.

    (5)    The Release set forth in Section VIII of the Settlement Agreement is incorporated into this Final Judgment, and is effective as of the date of the Final Approval Order and this Final Judgment, forever discharging the Releasees from any claims or liabilities in accordance with the provisions of Section VIII of the Settlement Agreement.

    (6)    All Settlement Class Members are permanently enjoined from filing, prosecuting, maintaining or continuing litigation based on or related to the claims or facts alleged in the Action in accordance with Section XI of the Settlement Agreement.

Dated: September 16, 2020.

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE