Stephen J. Fearon, Jr.
**SQUITIERI & FEARON, LLP**
32 E. 57th St., 12th Floor
New York, NY 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: stephen@sfclasslaw.com

*Counsel for Objectors*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL THOMPSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:18-cv-05422-CAS-GJSx <br><br> CLASS ACTION <br><br> **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR COURT APPROVAL OF AGREEMENT UNDER RULE 23(e)(5)(B)** <br><br> Hearing Date:  May 24, 2021 <br> Hearing Time:  10:00 am <br> Courtroom:  8D – 8th Floor <br> Judge:  Hon. Christina A. Snyder |

Objector Angela Terry as trustee of the Frank 2000 Irrevocable Trust dated January 1, 2000 ("Terry") and Objector Katz as the "managing member" of Peck Et Al Policy Holdings LLC (collectively, the "Objectors"), by and through their undersigned counsel ("S&F"), respectfully request the Court approve an agreement under Fed. R. Civ. P. 23(e)(5)(B), which resolves their objections to the Class Settlement in this case.

Class Plaintiffs ("Plaintiffs") and Defendant Transamerica Life Insurance Company ("TLIC") do not oppose this motion.

As a result of a mediation overseen by the Chief Circuit Mediator for the Ninth Circuit, Plaintiffs, TLIC, and Objectors reached an agreement that terminates not only the pending appeal in this action but also other individual litigation among Objectors and TLIC. One term of that agreement provides for payment of $200,000 to S&F, with a corresponding reduction in the attorneys' fees to be paid to Class Counsel as previously approved by the Court under the terms of the Class Settlement Agreement (Dkt. 198).

This Court's approval of the proposed redirected fee payment will fully resolve the pending appeal, without reducing in any way the benefits of the Class Settlement Agreement to the Settlement Class Members. To revest this Court with subject matter jurisdiction to rule on this Rule 23(e)(5)(B), Objectors have voluntarily dismissed their Ninth Circuit appeal, subject to reinstatement if this Court declines to approve payment of fees to S&F. *See* Dkt. 204.

Accordingly, Objectors respectfully request that the Court promptly enter its order under Rule 23(e)(5)(B) approving the agreement to reallocate to S&F $200,000 from the previously approved fee payment to Class Counsel. Pursuant to Local Rule 5-4.4, a proposed form of order granting this unopposed motion has been lodged with the Clerk, and word-processing version submitted to Chambers.

1
2  Respectfully submitted this 23rd day of April, 2021.
3
4             **SQUITIERI & FEARON, LLP**
5
6             **/s/ Stephen J. Fearon, Jr.**
              Stephen J. Fearon, Jr.
7             32 E. 57th St., 12th Floor
              New York, NY 10022
8             Telephone: (212) 421-6492
              Facsimile: (212) 421-6553
9             Email: stephen@sfclasslaw.com
10
11            Daniel L. Keller (SBN 191738)
             28721 Canwood Street, Suite 200
12            Angoura Hills, CA 91301
             Telephone: (818) 342-7442
13            Facsimile: (818) 342-7616
14            Email: dkeller@kflegal.com
15
16            *Attorneys for Objectors*
17
18
19
20
21
22
23
24
25
26
27
28